

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
MAY 29 2024
ARTHUR JOHNSTON
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 1:24cr58 TBM-BWR |
| WILMER ALEXANDER MONTUFAR<br>a/k/a Welmer Alexander Montufar<br>a/k/a Wilmer Alexander Montefar<br>a/k/a Wilmar A. Montufar<br>a/k/a Wilmer Montuvar-Martinez | 8 U.S.C. § 1326(a)<br>18 U.S.C. § 1028(a)(7) |

**The Grand Jury charges:**

COUNT 1

On or about May 7, 2024, in Pearl River County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **WILMER ALEXANDER MONTUFAR, a/k/a Welmer Alexander Montufar, a/k/a Wilmer Alexander Montefar, a/k/a Wilmar A. Montufar, a/k/a Wilmer Montuvar-Martinez**, an alien to the United States, who previously had been lawfully removed from the United States, was found in the United States having knowingly and unlawfully reentered without having received the consent of the Attorney General of the United States or of the Secretary of the Department of Homeland Security to apply for readmission to the United States.

All in violation of Title 8, United States Code, Section 1326(a).

COUNT 2

On or about May 6, 2024, in Pearl River County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **WILMER ALEXANDER MONTUFAR, a/k/a Welmer Alexander Montufar, a/k/a Wilmer Alexander Montefar,**

a/k/a **Wilmar A. Montufar**, a/k/a **Wilmer Montuvar-Martinez**, did knowingly possess, without lawful authority, in or affecting interstate or foreign commerce, one or more means of identification of another person, to wit: the name of J.L.T., which was imprinted together with the defendant's photograph within an image of a purported State of Texas Identification Card, and imprinted together with J.L.T.'s Social Security Number within an image of a purported Social Security Card, all of which were found in the cellphone possessed by the defendant, and which were in connection with an unlawful activity that constitutes a violation of Federal law, that is, knowing possession and use to satisfy an employment authorization requirement of the Immigration and Naturalization Act, in violation of Title 8, United States Code, Section 1324c(a), and in connection with misuse of a Social Security Number in violation of Title 42, United States Code, Section 408(a)(7)(B).

All in violation of Title 18, United States Code, Section 1028(a)(7) and (b)(2)(B).

**NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**

As a result of committing the offenses as alleged in Count 2 of this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense.

The grand jury has determined that probable cause exists to believe that the following property is subject to forfeiture as a result of Count 2 alleged in this indictment:

| Property ID # | Property Description |
|---|---|
| TBD | One (1) Samsung Galaxy A14 5G Cellular Phone, Model Number SM-A146U, IMEI Number 355458545806177, seized from Wilmer Alexander Montufar |

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Section 982(a)(2)(B) and 1028(b).

_for Erin D. Chalk_
TODD W. GEE
United States Attorney

TRUE BILL:

s/signature redacted
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on May 29, 2024.

_____
UNITED STATES MAGISTRATE JUDGE